### YOUNG v. STATE.

No. 26718.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal for appellant.

William H. Scott, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for robbery by assault; the jury further finding that defendant had been once previously convicted of a felony less than capital of like nature, he was sentenced to be confined in the penitentiary for life.

All proceedings appear regular. The record is brought forward on appeal with no statement of facts or bill of exception. Nothing is presented for review.

The judgment is affirmed.